UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED ... *Cos*___ D.C.

2005 APR 18  AM 11: 56

ROBERT ... ...
CLERK, U.S. ...
W.D. OF TN ... ...

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | *   **Criminal No.: 02-20480 MI** |
| | * |
| ADAM HOGELAND, | * |
| | * |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

Thomas A. Colthurst applies to the Court for a Writ to have **ADAM HODGELAND, DOB**

**08/27/1984, Booking # 50098** now being detained in the Lauderdale County Justice Center, appear before

the Honorable Tu M. Pham, on **Friday, April 22, 2005 at 2:00 p.m.,** FOR an INITIAL APPEARANCE,

and for such other appearances as this Court may direct.

Respectfully submitted this ____ day of April, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

THOMAS A. COLTHURST
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#018324 Tennessee)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
LOUIS CRAIG ,SHERIFF/WARDEN, LAUDERDALE COUNTY JUSTICE CENTER

YOU ARE HEREBY COMMANDED to have **ADAM HOGELAND, DOB: 08/27/1984, Booking**

**# 50098** appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this _18_ day of April, 2005.

HONORABLE
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-21-05_

90

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:02-CR-20480 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT