AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:02-cr-20480-JPM   Document 102   Filed 05/13/05   Page 1 of 2    PageID 102

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 MAY 13 AM 10: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:02CR20480-02-Ml

ADAM HOGELAND
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Adam Hogeland, was represented by Robert Irby, Esq.

    The defendant, having been convicted of violation of 21 U.S.C. 846, Conspiracy to Manufacture a Controlled Substance on June 12, 2003, was sentenced to a term of eighteen (18) months in the Bureau of Prisons and a term of three (3) years on Supervise Release in the above styled cause, has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-one (21) months **to be served consecutively with state sentence in case 04-0007999 out of Madison County, TN.**

    The Court recommends to the Bureau of Prisons that the defendant obtain his General Equivalency Diploma (G.E.D.) while incarcerated.

    FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

    The defendant is remanded to the custody of the United States Marshal.

    Signed this the _12_ day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 08/27/1984
U.S. Marshal No.: 18644-076
Defendant's Mailing Address: 233 Stardust, Ripley, TN 38063

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:02-CR-20480 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT